**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **1. JAMES ROBINSON** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 13-CV-1-CVE-THM** |
| | ) | |
| **1. DOLGENCORP, LLC** | ) | **Honorable Judge Claire Eagan** |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE**

COMES NOW Defendant, Dolgencorp, LLC ("Defendant"), and files this Unopposed Motion to Continue Settlement Conference, and in support thereof respectfully would show the following:

1. Plaintiff **does not** oppose this motion.

2. A settlement conference is currently scheduled in this matter before Magistrate Judge T. Lane Wilson on August 15, 2013.

3. On July 1, 2013, Defendant filed an Unopposed Motion to Extend Deadlines by sixty (60) days. On July 2, 2013, the Court granted Defendant's Motion and entered an Amended Scheduling Order setting the Discovery Cutoff for September 30, 2013.

4. Defendant respectfully requests that the Court continue the August 15, 2013 settlement conference date and accompanying settlement conference statements due

August 1, 2013 and August 8, 2013 to sometime after the close of discovery on September 30, 2013.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court continue the settlement conference scheduled for August 15, 2013 and accompanying settlement conference statements due August 1, 2013 and August 8, 2013, to a later date following the September 30, 2013 discovery cutoff date.

Respectfully submitted,

*/s/ Jessica C. Ridenour*

Jessica C. Ridenour OBA No. 20758
Strecker & Associates, P.C.
2150 Mid-Continent Tower
401 S. Boston Avenue, Suite 2150
Tulsa, OK 74103
Telephone: 918.582.1734

Joel S. Allen OBA No. 14668
Kristen A. Laster Texas Bar No. 24076499
(admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201
Telephone: 214.466.4000
Facsimile: 214.466.4001
joel.allen@morganlewis.com
klaster@morganlewis.com
**ATTORNEYS FOR DEFENDANT**



**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 19, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Brendan M. McHugh
P.O. Box 1392
Claremore, OK 74018

*/s/ Jessica C. Ridenour*
Jessica C. Ridenour

**CERTIFICATE OF CONFERENCE**

On July 16, 2013, counsel for Defendant conferred with Brendan McHugh, counsel for Plaintiff, regarding the substance of Defendant's motion and the relief sought therein. Mr. McHugh advised that Plaintiff is not opposed to Defendant's motion.

*/s/ Kristen A. Laster*
Kristen A. Laster